FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 27 2014

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. _____

Jury Trial: ☒ Yes ☐ No
(Check One)

I.  Parties

5:14-cv-22 KGB-JTK

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

Name of plaintiff: Marceese O'Brian Watkins
ADC # N/A
Address: 807 Shadylane McGehee AR, 71654

Name of plaintiff: _____
ADC # _____
Address: _____

This case assigned to District Judge Baker
and to Magistrate _____ Kearney

Name of plaintiff: _____
ADC # _____
Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.  Name of defendant: Jim White
Position: Cheif of MPD
Place of employment: McGehee City Jail
Address: P.O. Box 135 McGehee AR, 71654

Name of defendant: _____
Position: _____
Place of employment: _____

    Address: _____

    Name of defendant: _____

    Position: _____

    Place of employment: _____

    Address: _____

    Name of defendant: _____

    Position: _____

    Place of employment: _____

    Address: _____

II.    Are you suing the defendants in:

    ☐    official capacity only
    ☐    personal capacity only
    ☑    both official and personal capacity

III.    Previous lawsuits

    A    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

        Yes ___    No ✓

    B    If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        ☐    Parties to the previous lawsuit:

        Plaintiffs: _____

        _____

        Defendants: _____

        _____

        ☐    Court (if federal court, name the district; if state court, name the county):

    ☐    Docket Number: _____

    ☐    Name of judge to whom case was assigned: _____

    ☐    Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

    ☐    Approximate date of filing lawsuit: _____

    ☐    Approximate date of disposition: _____

IV.    Place of present confinement: **McGehee City Jail**

V.    At the time of the alleged incident(s), were you:
(check appropriate blank)

    ✓ in jail and still awaiting trial on pending criminal charges

    ___ serving a sentence as a result of a judgment of conviction

    ___ in jail for other reasons (e.g., alleged probation violation, etc.)
    explain: _____

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

    · Did you file a grievance or grievances presenting the facts set forth in this complaint?

    Yes ✓    No ___

    · Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

    Yes ✓    No ___

    If not, why? _____

VII.  Statement of claim

State here (as briefly as possible) the facts of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need. Attach extra sheets if necessary.)

I Marceese Watkins was denied Medical attention here at McGehee City Jail. I wrote plenty of Medical grievances about my tooth aches. My jaw swoll and it was hard for me to speak. Finally the cheif answered my grievance and he told me I should of had that tooking care of when I was out on the run. So they let me stay in here suffering the pain. So I want to ~~seeeed~~ sue McGehee City Jail for pain and suffering. Also I still havent had any medical attention and I've been her for four months and two days.

VIII.  Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

*I'll sue for a $100,000.*

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this _____ day of _____, 20_____.

*Marceese O. Watkins*

Signature(s) of plaintiff(s)

Revised 03/19/09