**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

MARCEESE O'BRIAN WATKINS                                PLAINTIFF

v.                  Case No. 5:14-cv-00022-KGB-JTK

JIM WHITE                                                      DEFENDANT

**JUDGMENT**

Pursuant to the order entered in this matter on this date, it is considered, ordered and adjudged that this case be, and it is hereby, dismissed without prejudice. The relief sought is denied.

SO ADJUDGED this the 25th day of July, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE